A08A1606. STATON et al. v. STATE FARM AUTOMOBILE INSURANCE COMPANY.
(687 SE2d 271)

ELLINGTON, Judge.

In this underinsured motorist coverage case, the trial court found as a matter of law that Cecil Staton was not entitled to "stack" underinsured motorist ("UM") coverage from his employer's automobile insurance policies which covered vehicles that were not involved in the car accident in which he was injured. Staton appealed, and we reversed the trial court's decision in *Staton v. State Farm &c. Ins. Co.*, 294 Ga. App. 208 (669 SE2d 164) (2008). The Supreme Court of Georgia granted certiorari and reversed our decision in *State Farm &c. Ins. Co. v. Staton*, 286 Ga. 23 (685 SE2d 263) (2009). Accordingly, our decision in *Staton v. State Farm Auto. Ins. Co.*, 294 Ga. App. 208, is vacated and the judgment of the Supreme Court is made the judgment of this Court.

*Judgment affirmed. Miller, C. J., and Blackburn, P. J., concur.*

DECIDED NOVEMBER 20, 2009.

*David F. Guldenschuh*, for appellants.
*Magruder & Sumner, J. Clinton Sumner, Jr., John A. Owens, Martin Snow, Cubbedge Snow, Jr., Thomas P. Allen III*, for appellee.